■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK YOUNG, Appellant. [964 NYS2d 540]—

Judgment, Supreme Court, New York County (Renee A. White, J.), rendered April 26, 2011, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him to a term of 1 to 3 years, unanimously affirmed.

The court properly denied defendant's suppression motion. Defendant's arrest, which led to the recovery of a gravity knife in his possession, was supported by probable cause (*see People v McRay*, 51 NY2d 594, 602-604 [1980]). Defendant was arrested based on an experienced officer's observation of a transaction in which defendant gave money to another individual in exchange for a small plastic bag containing a brown substance that the officer believed to be marijuana. We reject defendant's assertion that the officer was insufficiently experienced to recognize, as a drug transaction, the events he observed. Moreover, as in *People v Graham* (211 AD2d 55, 60 [1995], *lv denied* 86 NY2d 795 [1995]), even without police training, "any person observing de-

fendant . . . using good common sense" would have concluded that he had purchased drugs.

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Acosta, Renwick, DeGrasse and Richter, JJ.